UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT MONROE                                    CIVIL ACTION

VERSUS                                           NUMBER: 08-1648

LISA MAZE - PAROLE OFFICER                       SECTION: "J"(5)

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that plaintiff's habeas corpus claim is dismissed without prejudice for failure to exhaust state court remedies.

**IT IS FURTHER ORDERED** that plaintiff's claim pursuant to 42 U.S.C. §1983 is dismissed with prejudice.

New Orleans, Louisiana, this 17th day of July, 2008.

                                          _____
                                          UNITED STATES DISTRICT JUDGE